# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02973088 | Current Institution: | Devens FMC |
| Inmate Name: | FOX, CHARLES | Housing Unit: | B SOMP |
| Report Date: | 07/07/2005 | Living Quarters: | H04-409U |
| Report Time: | 9:23:21 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1513 |
| FRP Participation Status: | Participating |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 5/12/2003 |
| Local Account Activation Date: | 5/28/2004 5:22:41 AM |
| Sort Codes: | |
| Last Account Update: | 7/7/2005 2:08:32 AM |
| Account Status: | Active |
| ITS Balance: | $4.07 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $75.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $1,833.89 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1,833.89 |
| National 6 Months Deposits: | $1,616.33 |
| National 6 Months Withdrawals: | $720.05 |
| National 6 Months Avg Daily Balance: | $1,425.29 |
| Local Max. Balance - Prev. 30 Days: | $1,833.89 |
| Average Balance - Prev. 30 Days: | $1,788.02 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $865.60
Last Sales Date: 6/20/2005 5:08:09 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type   Start Date   End Date   Userid   Active

## Comments

Comments: