UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES FOX,                )
    Plaintiff,              )
                            )
v.                          )        C.A. No. 05-40106-WGY
                            )
HARLEY LAPPIN, et al.,      )
    Defendants              )
_____      )

NOTICE OF APPEARANCE

Pursuant to this Court's order of July 18, 2005, please enter the appearance of the undersigned on behalf of the Federal Defender Office for the District of Massachusetts.

Respectfully submitted,

/s/ Judith H. Mizner

Judith H. Mizner
Assistant Federal Public Defender
Federal Defender Office, D. Mass.
408 Atlantic Ave.
Boston, MA 02110
(617) 223-8061

CERTIFICATE OF SERVICE

    I, Judith H. Mizner, hereby certify that I have served this Notice by mailing a copy thereof to the following: Mr. Charles M. Fox, Reg. No. 02972-088, FMC Devens, P.O. Box 879, Ayer, MA 01432; Mr. David Winn, Warden, FMC Devens, P.O. Box 880, Ayer, MA 01432; Mr. Harley Lappin, Director BOP, 320 N.W. First Street, Washington, D.C. 20534; and by delivering a copy thereof to Michael Sullivan, Esq., United States Attorney for the District of Massachusetts, U.S. Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210.

Judith H. Mizner