UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES FOX, </br></br> Petitioner, </br></br> v. </br></br> HARLEY LAPPIN, Director of the Federal Bureau of Prisons, and DAVID L. WINN, Warden, </br></br> Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-40106 (WGY) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the respondents.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: August 16, 2005

By: /s/ Gregg Shapiro
GREGG SHAPIRO
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

### Certificate of Service

I hereby certify that a copy of the above document was served by first-class mail this 16th day of August 2005, upon: Charles Fox, Reg. No. 02972-088, FMC Devens, P.O. Box 879, Ayer, MA 01432; and Judith H. Mizner, Esq., Assistant Federal Defender, Federal Defender Office, D. Mass., 408 Atlantic Avenue, Boston, MA 02110.

/s/ Gregg Shapiro
Gregg Shapiro
Assistant United States Attorney