UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES FOX,<br><br>        Petitioner,<br><br>        v.<br><br>HARLEY LAPPIN, Director of the Federal Bureau of Prisons, and DAVID L. WINN, Warden,<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-40106 (WGY)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED CERTIFICATE OF SERVICE**

Please note that the as-filed version of the Certificate of Service to Respondents' Response To Petitioner's Petition states an incorrect date. The document was served on August 15, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: August 16, 2005    By:  /s/ Gregg Shapiro
        GREGG SHAPIRO
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3366

**Certificate of Service**

I hereby certify that a copy of the above document was served by first-class mail this 16th day of August 2005, upon: Charles Fox, Reg. No. 02972-088, FMC Devens, P.O. Box 879, Ayer, MA 01432; and Judith H. Mizner, Esq., Assistant Federal Defender, Federal Defender Office, D. Mass., 408 Atlantic Avenue, Boston, MA 02110.

        /s/ Gregg Shapiro
        Gregg Shapiro