UNITED STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

CHARLES FOX,
  Plaintiff,

v.

HARLEY LAPPIN, et al.,
  Defendants.

C.A. No. 05-40106(WGY)

## PLAINTIFF"S REPLY TO MEMORANDUM OF AMICUS CURIAE

"Keep your friends close and your enemies closer" is a popular saying and, with all due respect to Amicus, is, perhaps, applicable in this pleading. Plaintiff Charles Fox (Fox) respectfully submits his Reply to the memorandum of Amicus. Fox objects to dismissal for failure to exhaust administrative remedies.

Fox submits as an attached exhibit, the August 31, 2005 Receipt of his Administrative Remedy, showing that the Bureau of Prisons (BOP) has until October 9, 2005 to answer the final BP-11 of his already filed administrative Remedies. See attached. That is, of course, unless the BOP further delays the proceedings with an extension of time in which to answer. Should the Court choose to stay the proceedings until October 9, 2005, Fox has no objections.

Amicus was Ordered by this Court to file an amicus brief with respect to the issues presented. Se Memorandum and Order dated July 18, 2005. For reasons unknown to Fox, amicus has chosen not to address the issues presented. Fox has filed a Reply and Objection to the defendants Response and states that the issues are ripe for adjudication.

## CONCLUSION

The plaintiff's relief should be granted.

Respectfully submitted,

Charles Fox, pro se
Reg. No. 02972-088
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879
Dated: September 10, 2005

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid first class to:

AUSA Gregg Shapiro
U.S. Attorney's Office
One Courthouse Way
Boston, MA 02210

&

J. Mizner, Esq.
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

by placing in the prison legal mailbox this 10th day of September, 2005.

*/s/ Charles Fox*
Charles Fox

```
                    RECEIPT - ADMINISTRATIVE REMEDY


DATE: AUGUST 31, 2005



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : CHARLES MARSHALL FOX, 02972-088
      DEVENS FMC    UNT: H SOMP    QTR: H04-409U



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 379326-A1
DATE RECEIVED  : AUGUST 30, 2005
RESPONSE DUE   : OCTOBER 9, 2005
SUBJECT 1      : PUBLIC SAFETY FACTOR APPEALS
SUBJECT 2      :
INCIDENT RPT NO:
```