UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES FOX,<br><br>        Petitioner,<br><br>    v.<br><br>HARLEY LAPPIN, Director of the Federal Bureau of Prisons, and DAVID L. WINN, Warden,<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-40106 (WGY)<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONDENTS' SUPPLEMENTAL MEMORANDUM

To address certain new facts petitioner has alleged in his Reply and Objections, respondents respectfully submit the accompanying Declaration of Cheryl Renaud, the coordinator of the Sex Offender Management Program at FMC Devens.

                                Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

Dated:  September 16, 2005

                        By:    /s/ Gregg Shapiro
                                GREGG SHAPIRO
                                Assistant United States Attorney
                                One Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3366

### Certificate of Service

I hereby certify that a copy of the above document was served by first-class mail this 16th day of September 2005, upon:  Charles Fox, Reg. No. 02972-088, FMC Devens, P.O. Box 879, Ayer, MA 01432; and Judith H. Mizner, Esq., Assistant Federal Defender, Federal Defender Office, D. Mass., 408 Atlantic Avenue, Boston, MA 02110.

                                  /s/ Gregg Shapiro
                                  Gregg Shapiro