UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES FOX,                          :
       Plaintiff,            :
                                 :
   v.                                 :   Civil Action No. 05-40106 (WGY)
                                 :
HARLEY LAPPIN, et al.,                :
                                 :
       Defendants.          :

## DECLARATION OF CHERYL RENAUD

    I, CHERYL RENAUD, hereby make the following declaration:

    1.  I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center Devens ("FMC Devens") in Ayer, Massachusetts. I have been employed with the Federal Bureau of Prisons since September 1999. I am a psychologist and the coordinator of the Sexual Offender Management Program ("SOMP") at FMC Devens. As the SOMP coordinator, I am responsible for overseeing the SOMP and its staff, and for coordinating the evaluation, management, and discharge planning for inmates in the SOMP at FMC Devens.

    2.  The SOMP at FMC Devens was activated on March 1, 2004. While the SOMP has been in continuous operation since this time, different components of the program continue to be implemented. There are currently 440 inmates enrolled in the program. A psychological evaluation and risk assessment is completed for each SOMP participant. SOMP staff then use the evaluation results to make management and treatment recommendations for each

participant in the program.  Additionally, SOMP staff and each participant's Unit Team collaborate to develop a sound release plan for the program participant.  The release plan typically addresses appropriate post-release housing, possible placement in Community Corrections Centers (halfway houses), as well as recommendations for employment, community-based treatment, and community supervision.

    3.  I am aware that Charles Fox, an inmate at FMC Devens, has provided the Court with a letter from a public defender to her client indicating that I stated that the SOMP program at FMC Devens is not up and running.  The letter is inaccurate.  It is my recollection that the author of the letter had asked me about the ability of her client to receive more intensive sex offender services than were (or are) currently available at FMC Devens.  Inmates who are interested in intensive sex offender therapy can ask to be referred to the Federal Correctional Institution in Butner, North Carolina, which conducts an intensive Sex Offender Treatment Program ("SOTP").  FMC Devens does not operate such a SOTP.  Charles Fox was offered, but refused to participate in, recommended programming through the SOMP at FMC Devens.

    I declare that the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

2

Executed this 16th day of September, 2005.


<u>/s/Cheryl Renaud</u>
Cheryl Renaud