October 11, 2005

```
CHARLES FOX,              )
     Plaintiff            )
                          )
v.                        )           C.A. No. 05-40106-WGY
                          )
HARLEY LAPPIN, et al.,    )
     Defendants           )
                          )
```

## NOTICE FOR EXTENSION

This is to notify the Court that the B.O.P. has asked for a 20 day extension on my B.P. 11 they received August 30, 2005. As You can see, it was due October 9, 2005, but now is due October 29, 2005. This is dealing with my Public Safety Factor.

Also the Court will find that the answer for my B.P. 11 dealing with C.C.C. Placement is due on October 26, 2005.

I would like to suggest to the Court that the B.O.P. knows that if my case is not heard by the time my sentence is up all my arguments are mute. They have argued that I have not completed my Administrative Remedy Process but if the Administration had of answered this process in a timely fashion, all of this would have been over. The United States Attorney would have the Court believe that I put the horse before the cart, and I might have done that. As a consequence of this action the United States Attorney would have the Court dismiss my case. But, in the Governments argument they clearly admit that the B.O.P. was late in addressing Plaintiffs arguments in the Administrative Remedy Process. The United States Attorney is asking the Court to punish the Plaintiff for his mistakes but to overlook the mistakes made by the Defendents.

Plaintiffs 10% date for CCC Placement is October 27, 2005 and his out date is Feb.1, 2006.

## CERTIFICATE OF SERVICE

I, Charles Fox, hereby certify that I have served this notice by mailing a copy therefore to the following: Mr. David Winn, FMC Devens: Mr. Harry Lappin, Director BOP, 320 N.W. First St. Washington, D.C. 20534, and Michael Sullivan, Esq., United States Attorney for the Distric of Massachusetts, U.S. Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210.

Charles Fox

*/s/ Charles Fox*

```
             EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: OCTOBER 4, 2005




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : CHARLES MARSHALL FOX, 02972-088
      DEVENS FMC    UNT: H SOMP    QTR: H04-409U



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 379326-A1
DATE RECEIVED   : AUGUST 30, 2005
RESPONSE DUE    : OCTOBER 29, 2005
SUBJECT 1       : PUBLIC SAFETY FACTOR APPEALS
SUBJECT 2       :
INCIDENT RPT NO:
```

```
                  RECEIPT - ADMINISTRATIVE REMEDY


DATE: SEPTEMBER 19, 2005



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : CHARLES MARSHALL FOX, 02972-088
      DEVENS FMC    UNT: H SOMP     QTR: H04-409U



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 379884-A1
DATE RECEIVED   : SEPTEMBER 16, 2005
RESPONSE DUE    : OCTOBER 26, 2005
SUBJECT 1       : COMMUNITY CORRECTIONS CENTER REFERRALS
SUBJECT 2       : OTHER INSTITUTION PROGRAMS
INCIDENT RPT NO:
```