UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES FOX,                )
       Plaintiff,        )
                            )
   v.                       )   C.A. No. 05-40106-WGY
                            )
HARLEY LAPPIN, ET AL.,      )
       Defendants.       )

## ORDER FOR STATUS REPORT

YOUNG, C.J.

On October 14, 2005, Plaintiff filed a document (#15), in which he claims that he was thwarted in his claims to exhaust, and that this delay has now prejudiced him, because his eligibility for placement in a community correctional center ("CCC") was October 25, 2005, and that his "out date" is February 1, 2006.

In light of the above, it is hereby ORDERED that the Respondents file a Status Report within 10 days, which responds to the Plaintiff's pleading (#15), and which includes the following information:

1. the administrative exhaustion efforts made to date by the Plaintiff;

2. the further steps necessary for the Plaintiff to exhaust his administrative remedies;

3. the anticipated time-frame by which the Plaintiff can complete his exhaustion efforts using all reasonable efforts, along with the time-frame by which a final decision will have been rendered by the Respondents/Bureau of Prisons (BOP); and

4. what impact the time-frame set forth in response to paragraph 3 above, will have on Plaintiff's release either to a CCC or with respect to his release from BOP custody.

DATED: November 15, 2005
                              /s/ William G. Young
                              WILLIAM G. YOUNG
                              CHIEF, UNITED STATES DISTRICT JUDGE